IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| **FACTOR 2 MULTIMEDIA SYSTEMS, LLC**<br><br>*Plaintiff,*<br><br>v.<br><br>**COMERICA BANK,**<br><br>*Defendant.* | NO. 2:24-CV-00401-JRG<br>(LEAD CASE) |
| v.<br><br>**REGIONS FINANCIAL CORPORATION,**<br><br>*Defendant.* | NO. 2:24-CV-00398-JRG<br>(MEMBER CASE) |
| v.<br><br>**TEXAS CAPITAL BANCSHARES, INC.,**<br><br>*Defendant.* | NO. 2:24-CV-00402-JRG<br>(MEMBER CASE) |
| v.<br><br>**WASHINGTON FEDERAL BANK,**<br><br>*Defendant.* | NO. 2:24-CV-00403-JRG<br>(MEMBER CASE) |

**JOINT NOTICE OF SETTLEMENT AND MOTION TO STAY
MEMBER CASE 2:24-cv-403 WASHINGTON FEDERAL BANK**

Plaintiff Factor2 Multimedia Systems, LLC and Defendant Washington Federal Bank d/b/a WaFd  respectfully notify the Court that they have reached a settlement in principle in Factor2 v Washington Federal 2:24-cv-403 and are finalizing the execution of the written agreement. The Parties therefore respectfully request that the Court stay all deadlines in Member Case 2:24-cv-

0403 for 45 days while the Parties finalize their resolution of that lawsuit, including the preparation and submission of a joint motion to dismiss that member case. The requested stay will allow for an orderly resolution of this lawsuit and is not for purposes of delay.

November 27, 2024                                                                 Respectfully submitted,

| | |
|---|---|
| */s/ Joseph J. Zito* | */s/ Kelly Ransom* |
| Joseph J. Zito | Kelly Ransom |
| **DNL ZITO** | Texas State Bar No. 24109427 |
| 1250 Connecticut Ave., NW #700 | **KELLY HART & HALLMAN LLP** |
| Washington, DC 20036 | 303 Colorado, Suite 2000 |
| 202-466-3500 | Austin, Texas 78701 |
| Jzito@dnlzito.com | Tel: (512) 495-6400 |
| | Fax: (512) 495-6401 |
| Benjamin C. Deming | kelly.ransom@kellyhart.com |
| **DNL ZITO** | |
| 3232 McKinney Avenue, #500 | Cabrach J. Connor |
| Dallas, Texas 75204 | Texas State Bar No. 24036390 |
| 214-799-1145 | **CONNOR LEE & SHUMAKER PLLC** |
| bdeming@dnlzito.com | 609 Castle Ridge Road, Suite 450 |
| | Austin, Texas 78746 |
| ***Attorneys for Plaintiff*** | Tel: (512) 646-2060 |
| | Fax: (888) 387-1134 |
| | Cab@CLandS.com |
| | |
| | ***Attorneys for Washington Federal Bank*** |

## CERTIFICATE OF SERVICE

I hereby certify that all counsel of record are being served with a copy of the foregoing document via the Court's CM/ECF system November 27, 2024.

                                                                                    */s/ Joseph J. Zito*